## 9118. SMARR v. KERLIN.

WADE, C. J. 1. There was evidence to support the verdict.

2. The grounds of the motion for a new trial based upon the affidavit of a witness attacking his own testimony delivered at the trial as erroneous (even without considering the counter-affidavit also made by him) are without merit. Declarations of a witness after trial, at variance with his sworn testimony, even when made under oath and explicitly asserting that his testimony on the trial was false, do not constitute a cause for a new trial. *Lasseter* v. *Simpson*, 78 *Ga.* 61 (3 S. E. 243); *Munro* v. *Moody*, 78 *Ga.* 127 (2 S. E. 688); *Jordan* v. *State*, 124 *Ga.* 417 (2) (52 S. E. 768); *Hardy* v. *State*, 117 *Ga.* 40 (43 S. E. 434); *Clark* v. *State*, 117 *Ga.* 254 (8) (43 S. E. 853), and cases there cited. *Hayes* v. *State*, 16 *Ga. App.* 334, 335 (2) (85 S. E. 253); Civil Code, § 5961.

3. The trial judge did not err in overruling the motion for a new trial.

*Judgment affirmed. Jenkins and Luke, JJ., concur.*

DECIDED MARCH 12, 1918.

Processioning; from Fayette superior court—Judge Searcy. July 14, 1917.

*H. A. Allen,* for plaintiff in error.

*E. J. Reagan, Lester C. Dickson,* contra.